UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB K. NORTHCUTT,<br><br>                 Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>                 Defendant. | CASE NO. C16-1350-RSM-BAT<br><br>**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

The Court, after careful consideration of the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation. Plaintiff objects to the R&R to the extent it recommends affirming the ALJ's adverse credibility determination. Dkt. #15. He argues that Judge Tsuchida makes the same errors in evaluating the record as the ALJ. *Id.* at 2-5. The Court disagrees. While Judge Tsuchida recognized that the ALJ's credibility determination was not error-free, he also determined that the ALJ had a valid reason for discounting his credibility. Having reviewed the record, and Plaintiff's Objections, the Court is not convinced that Judge Tsuchida's conclusion is in error. Accordingly, Plaintiff's Objections are denied.

ORDER REVERSING AND REMANDING CASE FOR
FURTHER ADMINISTRATIVE PROCEEDINGS - 1

2) The Commissioner's decision is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

3) The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

DATED this 12th day of April, 2017.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE


ORDER REVERSING AND REMANDING CASE FOR
FURTHER ADMINISTRATIVE PROCEEDINGS - 2